IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
February 10, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

JONES
_____
District Judge
(Assigned by Clerk's Office)

SARGENT
_____
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __7:25-cv-00095_____
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS**, 403 U.S. 388 (1971)

__Lewis Rocky Steppe Jr._____     __214762_____
Plaintiff Name                          Inmate No.

v.

__L. Gibson NP_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

A. **Where are you now?** Name *and* Address of Facility:

Albemarle-Charlottesville Regional Jail
160 Peregory Lane Charlottesville, Va. 22902

B. Where did this action take place?

160 Peregory Lane Medical department

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes    ____ No

1. If your answer is Yes, indicate the result:

On 1/20/25 I was addmitted to UVA hospital with 20% Kidney function.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 — Supporting Facts — Briefly tell your story without citing cases or law:

On 1/2/25 L. Gibson NP sent me paper work stating "that my vital signs and BP is not controlled at good values. Will be adding another medication that will help. The medication did NOT react with the other medication.

Claim #2 — Supporting Facts — Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

NP L. Gibson never once took my vitals, and they was only checked on 12-19-24 book in. She took it upon herself without going over with me, and the medication shut down my kidneys! Was rushed to UVA hospital. Stayed there 11 days!! Went back on my old BP medication, doing better. Almost died!

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I seek all hospital bills payed, (2) two million in cash, and for her <L. Gibson NOT Practice Medication again!

G. If this case goes to trial, do you request a trial by jury?  Yes ✓  No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 2/6/2025    SIGNATURE: [signature]

VERIFICATION:
I, Lewis Rocky Steppe Jr, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 2/6/2025    SIGNATURE: [signature]

Updated 5/2024

Mr. Lewis Rocky Steppe Jr. #214762
160 Peregory Lane
Charlottesville, Va. 22902

RICHMOND VA RPDC 230
7 FEB 2025 PM 1 L
RECEIVED

FEB 10 2025
USDC Clerk's Office
Mail Room

Clerk Office
c/o United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, Va. 24011-2208

24011-220999