# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **LEWIS ROCKY STEPPE, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25CV00095 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **L. GIBSON,** | ) | BY JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
September 02, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
     DEPUTY CLERK

*Lewis Rocky Steppe, Jr., Pro Se Plaintiff; Leanna C. Minix and Leslie A. Winneberger,* HARMAN CLAYTOR CORRIGAN & WELLMAN, *Richmond, Virginia, for Defendant Gibson.*

.

The plaintiff, proceeding pro se, has filed a civil rights Complaint under 42 U.S.C. §1983 against a nurse practitioner at a local jail officials for alleged violations of his constitutional rights related to his medical care. Based on review of the recent record, I conclude that this action must be dismissed without prejudice.

After receiving Steppe's § 1983 Complaint, the court issued an Order warning him that failure to notify the court immediately of any change in his mailing address would result in dismissal of the case without prejudice. On August 22, 2025, a mailing from the court to the address Steppe had provided was returned as undeliverable, with no forwarding address. The court has had no communication from Steppe since that mailing was returned and has not received any notice of his current mailing address. It is self-evident that the court must have a reliable address

by which to communicate with the plaintiff about the case. Accordingly, I will dismiss this action and the defendant's pending motion without prejudice.

An appropriate Final Order will issue herewith.

ENTERED: September 2, 2025

/s/  JAMES P. JONES
Senior United States District Judge